# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

139502(21)

THOMAS M. FANNING, Personal
Representative of the ESTATE OF JEAN
KIRK FANNING, Deceased,
      Plaintiff-Appellee,

v

    SC: 139502
    COA: 290721
    Oakland CC: 2008-090281-NH

WILLIAM BEAUMONT HOSPITAL,
      Defendant-Appellant.

_____/

     On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of defendant-appellant's motion for reconsideration is considered, and the motion for reconsideration is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2011

d0412

_____
Clerk